# In The United States Court of Federal Claims

No. 13-194C

(Filed: March 21, 2013)

_____

COMPLIANCE SOLUTIONS
OCCUPATIONAL TRAINERS, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On March 19, 2013, plaintiff filed a motion to file this case under seal. The motion is hereby **GRANTED**, in part, and **DENIED**, in part. Accordingly,

1. The Clerk is directed to seal the complaint until further order; and

2. The parties' joint preliminary status report shall address whether a Protective Order is appropriate in this case.

**IT IS SO ORDERED.**

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge