# In The United States Court of Federal Claims

No. 13-194C

(Filed: May 7, 2013)

_____

COMPLIANCE SOLUTIONS
OCCUPATIONAL TRAINERS, INC.,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On May 6, 2013, defendant filed an unopposed motion for an enlargement of time in which to file its response to plaintiff's complaint.  The motion is hereby **GRANTED**.  On or before June 13, 2013, defendant shall file its response.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge